**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DWAYNE RICHARDSON, | ) | NO. CV 07-6551 FMO |
|    Plaintiff, | ) | |
| | ) | |
|   v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
|    Defendant. | ) | |
| _____ | ) | |

   IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the court's Order Re: Joint Stipulation filed contemporaneously with the filing of this Judgment.

Dated this 30th day of June, 2008.


               /s/
              Fernando M. Olguin
            United States Magistrate Judge