# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE RICHARDSON, | ) | NO. CV 07-6551 FMO |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Fifteen-Thousand dollars and zero cents ($15,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Lawrence D. Rohlfing shall reimburse plaintiff the amount of Four-Thousand, Five-Hundred dollars and zero cents ($4,500.00).

Dated this 17th day of July, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge